IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MATTHEW ADAM JAY,<br><br>    Petitioner,<br><br>       v.<br><br>ANTHONY KANE, Warden, Respondent<br>on Habeas Corpus.<br>_____<br><br>BOARD OF PAROLE HEARINGS, ARNOLD<br>SCHWARZENEGGER, Governor,<br><br>    Real Parties in Interest.<br>_____ | No. C 06-1795 CW<br><br>ORDER TO SHOW<br>CAUSE |

    Petitioner, a State prisoner, has filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Good cause appearing, the Court hereby issues the following orders:

    Respondent shall file with this Court and serve upon Petitioner and Petitioner's counsel, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer a copy of all portions of the State trial record that have been previously transcribed and that are relevant to a determination of the issues presented by the

1  petition.
2      If Petitioner wishes to respond to the answer, he
3  shall do so by filing a traverse with the Court and serving
4  it upon Respondent within thirty (30) days of his receipt
5  of the answer.

7      IT IS SO ORDERED.

10  DATED: 3/23/06

    CLAUDIA WILKEN
    United States District Judge

12  Copies mailed as noted
    on attached sheet

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Jay,

        Plaintiff,

  v.

Kane et al,

        Defendant.

Case Number: CV06-01795 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 23, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve M. Defilippis                  (by e-filing)
Traci S. Mason
Picone & DeFilippis, APLC
625 N. First Street
San Jose, CA 95112

Attorney General
State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Anthony Kane, Warden (A)
Highway 101 North *
P.O. Box 686
Soledad, CA 93960-0686

Dated: March 23, 2006

                                        Richard W. Wieking, Clerk

                                        By: Sheilah Cahill, Deputy Clerk